## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James L. Orrington, II | ) | Case No: 13 C 2336 |
| v. | ) | |
| The Doctor's Answer, LLC | ) | Judge: John W. Darrah |

## **ORDER**

Status hearing and ruling on motion hearing held. Plaintiff's oral motion to dismiss Doe defendants 1 through 10 are granted. Plaintiff's motion to certify class [4] is withdrawn without prejudice with leave to re-file. Case will remain open post judgment.

(T:) 00:05

Date: 12/5/13                                                                 /s/ John W. Darrah