# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAMES L. ORRINGTON, II, DDS, PC, ) <br> on behalf of plaintiff and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE DOCTOR'S ANSWER, LLC, ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 13 CV 2336 <br><br> Honorable Judge Darrah <br> Magistrate Judge Schenkier |

## PLAINTIFF'S CONSENT TO CLOSURE OF CASE

Plaintiff, by and through its undersigned counsel, hereby consents to the closure of this case and in connection therewith states as follows:

On October 31, 2013, a judgment in the amount of $500.00, plus costs in the amount of $472.54, was entered against Defendant The Doctor's Answer, LLC. (D.E. 24) Subsequently, Plaintiff's oral motion to dismiss Doe Defendants 1 through 10 was granted. (D.E. 25)

Based upon the foregoing, Plaintiff submits that the action may be administratively closed at this time.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Dulijaza Clark, certify that on January 7, 2016, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

The Doctor's Answer, LLC
C/o Registered Agent National Registered Agents, Inc. of New Jersey
100 Canal Pointe Blvd., Suite 212
Princeton, NJ 08540

                /s/ Dulijaza Clark
                Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)